IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE RUDIK and MICHAEL RUDIK,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHONY J. BLINKEN, Secretary, United States Department of State; RENA BITTER, Assistant Secretary, United States Department of State, Bureau of Consular Affairs; and HALE VANKOUGHNETT, Consul General, United States Embassy, Warsaw, Poland;<br><br>    Defendants. | CV 24-123-M-KLD<br><br>**ORDER** |

    Plaintiffs move for the admission of Gregory Romanovsky, to practice before this Court in this case with Christopher J. Flann to act as local counsel. Mr. Romanovsky's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Gregory Romanovsky pro hac vice is GRANTED on the condition that Mr. Romanovsky shall do his own work. This means that Mr. Romanovsky must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Romanovsky's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Romanovsky.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Romanovsky, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 9th day of September, 2024.

*Kathleen L. DeSoto*
_____
Kathleen L. DeSoto
United States Magistrate Judge